UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JOSHUA WILLIAM BACHARACH, | Case No. 3:22-cv-00074-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| STATE OF NEVADA, | |
| Respondent. | |

Petitioner Joshua William Bacharach has submitted a *pro se* filing that he styled as a "Notice of Appeal." (ECF No. 1-1.) He attaches what appears to be part of his state postconviction habeas corpus petition. He has not submitted an application to proceed *in forma pauperis* or paid the filing fee. Accordingly, this matter has not been properly commenced and is subject to dismissal on that basis. *See* 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2. It is also not on the court-required form and does not set forth any clear grounds for relief.

The Clerk of Court is directed to detach and file the petition. (ECF No. 1-1.)

It is further ordered that the petition is dismissed without prejudice.

It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of this action to be debatable or incorrect.

The Clerk of Court is further directed to send Bacharach one copy of the inmate application to proceed *in forma pauperis* with instructions and one copy of the Court's form 28 U.S.C. § 2254 habeas corpus petition.

///

///

///

///

1    The Clerk of Court is further directed to enter judgment accordingly and close this

2    case.

3    DATED THIS 14th Day of February 2022.

4

5    _____
     MIRANDA M. DU
6    CHIEF UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28